STOKES COAL COMPANY, INC., Appellant, *v.* ROSA GARGUILO et al., Respondents.

Submitted February 27, 1939; decided April 4, 1939.

*William W. Lesselbaum* and *Joseph H. Sand* for appellant.
*Isidore Popper* for Rosa Garguilo, respondent.
*Joseph B. Finkelstein* for Charlotte G. Garguilo, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.